**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD ARZOLA,                                    ) | |
|        Plaintiff,                                  ) | |
|    v.                                               ) | 3:16-cv-00096-RCJ-VPC |
| CONNIE BISBEE et al.,                            ) | **ORDER** |
|        Defendants.                               ) | |
| _____ ) | |

**I.     DISCUSSION**

On July 18, 2016, this Court dismissed Plaintiff's complaint without leave to amend. (ECF No. 5).  On November 22, 2016, Plaintiff filed a motion for relief from judgment under Federal Rule of Civil Procedure 60(b).  (ECF No. 7).  The Court denies the motion.

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for relief of judgment (ECF No. 7) is denied.

Dated: This 16th day of February, 2017.

_____
United States District Judge